UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 SEP 27 P 12: 47
U.S. DISTRICT COURT
DISTRICT OF MASS

BEDAT & CO., LLC,

    Plaintiff,

v.

REPLICADISCOUNT.ORG, QUALITY BARGAINS, INC., THOMAS COLUCCI AND VARIOUS JOHN DOES,

    Defendants.

Civil Action No.: 04-11905 RCL

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, Replicadiscount.org, Quality Bargains, Inc., and Thomas Colucci ("Defendants"), with the assent of the plaintiff, Bedat & Co., LLC ("Plaintiff"), hereby move the Court to extend the Defendants' time to and including October 13, 2004 to file a response to Plaintiff's complaint. In support of this motion, Defendants state that their counsel has only recently been engaged to represent them and requires this additional time to study the issues and discuss with the Plaintiff's attorneys the narrowing of issues and the possible resolution of this litigation. The Plaintiff will not be prejudiced by this extension and assents to it.

WHEREFORE, Defendants Replicadiscount.org, Quality Bargains, Inc., and Thomas Colucci respectfully request that this Court extend the time for them to file a response to the Plaintiff's Complaint up to and including October 13, 2004.

| RESPECTFULLY SUBMITTED: | ASSENTED TO: |
|---|---|
| Replicadiscount.org, Quality Bargains, Inc., and Thomas Colucci, Defendants, | Bedat & Co., LLC Plaintiff, |
| By their attorneys, | By its attorneys, |
| /s/ Mark S. Arisohn MS | /s/ Mark Schonfeld |
| Mark S. Arisohn<br>Goodkind Labaton Rudoff & Sucharow LLP<br>100 Park Avenue<br>New York, NY 10017<br>(212) 907-0700 | Mark Schonfeld (BBO # 446980)<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000 |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

On September 22, 2004 I contacted counsel for the Plaintiff and was informed that the Plaintiff assents to this motion.

/s/ Mark S. Arisohn MS
Mark S. Arisohn

Certificate of Service

I, Mark S. Arisohn, hereby certify that on September 22, 2004, I caused a copy of the above document to be served upon all counsel of record by electronic means.

/s/ Mark S. Arisohn MS
Mark S. Arisohn

J:\Docs\25495\00010\00872315.DOC