UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 21  P 1:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

BEDAT & CO., LLC,

   Plaintiff,

v.

REPLICADISCOUNT.ORG, QUALITY
BARGAINS, INC., THOMAS COLUCCI
AND VARIOUS JOHN DOES,

   Defendants.

Case No.: 04-11905 RCL

## FINAL CONSENT JUDGMENT AGAINST DEFENDANTS REPLICADISCOUNT.ORG, QUALITY BARGAINS, INC. AND THOMAS COLUCCI

Upon the Complaint and all papers and proceedings had herein, and upon the annexed Consent, it is hereby

ORDERED that defendants Relicadiscount.org, Quality Bargains, Inc., Thomas Colucci, and all of their officers, agents, servants and employees and all those in active concert or participation with them, be and hereby are permanently enjoined and restrained from:

 A. Using any reproduction, counterfeit, copy or colorable imitation of the Bedat Trademarks to identify any goods or the rendering of any services not authorized by Plaintiff;

 B. Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Plaintiff's business reputation or dilute the distinctive quality of Plaintiff's name and Plaintiff's Bedat Trademarks;

 C. Using a false description or representation including words or o' symbols tending to falsely describe or represent Defendants' unauth' goods as being those of Plaintiff or sponsored by or associat' Plaintiff and from offering such goods into commerce;

D. Further infringing Plaintiff's trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Bedat Trademarks;

E. Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

F. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public; or individual members thereof, to believe that any products manufactured, distributed, sold or marketed by Defendants are in any manner associated or connected with Plaintiff, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G. Causing an infringement of any of Plaintiff's Bedat Trademarks or of Plaintiff's rights in, or to use or to exploit, said Trademarks, or causing any dilution of Plaintiff's name, reputation or goodwill;

H. Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Bedat Trademarks; and

I. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (H), above; and it is

FURTHER ORDERED, that defendants have consented to the jurisdiction of this Court and that this Court shall have continuing jurisdiction with regard to enforcing the terms of this Final Consent Judgment; and it is

FURTHER ORDERED, that in the event of a default or breach of any provision of this Final Consent Judgment by defendant, Plaintiff shall be entitled to all costs and expenses arising

out of said default or breach, including reasonable attorney's fees, paid or incurred by Plaintiff in enforcing and obtaining defendants' performance of the terms of this Final Consent Judgment, in addition to any fees, damages or injunctive relief awarded by the Court.

Dated: NOV 4, 2004
Boston, Massachusetts

_____
United States District Judge

Upon Consent of:

BEDAT & CO.,

By its Attorneys,

_____
Mark Schonfeld (BBO No. 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

_____
Thomas Colucci, individually

Replicadiscount.org

By: _____
Thomas Colucci,
Authorized Representative of
Replicadiscount.org

Quality Bargains, Inc.,

By: _____
Thomas Colucci,
Authorized Representative of
Quality Bargains, Inc.

3

I, Thomas Colucci, hereby state that I have consulted with my counsel, Mark S. Arisohn, Esq. of Goodkind, Labaton, Rudoff, & Sucharow, LLP, 100 Park Avenue, Twelfth Floor, New York, NY 10017-5563 and that I have signed this Final Consent Judgment on behalf of myself individually, and as Authorized Representative of Replicadiscount.org and Quality Bargains, Inc. after consultation with said attorney.

_____
Thomas Colucci

State of New York            )
                             )  ss:
County of New York           )

BEFORE ME, the undersigned authority, duly licensed to administer oaths and take acknowledgments, personally appeared Thomas Colucci who, after being duly sworn, deposes and says that he executed the foregoing Final Consent Judgment Against Defendants, and he acknowledged before me that the information contained therein is true and correct to the best of his knowledge and belief.

WITNESS, my hand and official seal this 20 day of October, 2004 in the County and State first above written.

NOTARY PUBLIC
SEAL OF OFFICE:

_____
NOTARY PUBLIC, State of New York

MARK S. ARISOHN
Notary Public, State of New York
No. 4512713
Qualified in Westchester County
Commission Expires February 28, 20 06

(Name of Notary Public: Print, Stamp, or Type as Commissioned)

[X] Personally Known to me, or
[ ] Produced Identification:

_____
(Type of Identification produced)

J:\Docs\25495\00010\00876679.DOC

4